UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

Julian Curo Churata
Plaintiff

Case No. 3:26-cv-2959 SEC P

VS.

DAVID VENTURELLA, ACTING DIRECTOR OF U.S. ICE, FIELD OFFICE DIRECTOR, New Orleans Field Office, Immigration and Customs Enforcement; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd BLANCHE, Acting U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Richwood Correctional Center in Monroe, LA; Warden of Richwood Correctional Center in Monroe, LA,

Judge
Magistrate Judge

**ORDER**

IT IS ORDERED that Alfonso Couceiro Laredo be and is hereby admitted to the bar of this Court pro hac vice on behalf of Julian Curo Churata in the above described action.

SO ORDERED on this, the 17th day of August, 2026.

U.S. Magistrate Judge